UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

CAMERON R. HARTWELL,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

CASE NO. C19-5303-BAT

**ORDER REMANDING FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

This case is before the Court on remand from the Court of Appeals for the Ninth Circuit. That Court granted the Commissioner's unopposed motion for vacatur and remand. Dkt. 20. Pursuant to that order, this case is REMANDED to the Commissioner for further administrative proceedings consistent with the Supreme Court's decision in *Carr v. Saul*, __ U.S. __, 141 S. Ct. 1352, __ L. Ed. 2d __ (2021).

DATED this 28th day of June, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge

ORDER REMANDING FOR FURTHER ADMINISTRATIVE
PROCEEDINGS - 1